**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.** 1:15-CV-00258-RLV

| | |
|---|---|
| ANTHONY N. WEST, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **ORDER** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**BEFORE THE COURT** is the Commissioner's Motion to Remand. (Doc. 16). The

motion indicates that counsel for Plaintiff could not reach Plaintiff in order to obtain his consent.

However, Plaintiff's complaint and motion for summary judgment seek remand as an alternative

ground. The Court is not willing to award benefits. Accordingly, this claim is **REMANDED** to

the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**SO ORDERED.**

Signed: August 22, 2016

Richard L. Voorhees
United States District Judge