IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:15-CV-00258-RLV

| | |
|---|---|
| ANTHONY NATHANIEL WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

**BEFORE THE COURT** is Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act 28 U.S.C. § 2412 (the "Motion") (Doc. 19) to which the Commissioner has responded, (Doc. 22). The Commissioner does not oppose Plaintiff's Motion. *Id.* For the reasons stated therein, the motion is **GRANTED**.

In the present motion, the Plaintiff requests attorney's fees in the amount of $5,310.80, representing 28.40 hours of attorney work. (Doc. 20) at 3–4. The Court has reviewed the Plaintiff's request and finds that the Plaintiff's requested fee and the hours spent prosecuting this matter are reasonable. *See, e.g.*, *Rogers v. Astrue*, No. 5:12-CV-00003-RLV-DCK, 2015 WL 9239000, at *3 (W.D.N.C. Dec. 17, 2015) (Voorhees, J.).

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the Court will award attorney's fees in the amount of $5,310.80. Such sums shall be paid to the order of Plaintiff, and sent to Plaintiff's counsel.

1

**SO ORDERED.**

Signed: May 15, 2017

Richard L. Voorhees
United States District Judge